WHITE, J. concurred. DAYTON, J. gave no opinion, having been of counsel.

*Mandamus refused, and rule discharged with costs.*

CITED *in Moses* v. *Thomas*, 2 *Dutch.* 128; *Garretson* v. *Brown, Id.* 439–444; *Bell* v. *Fleming's Ex'rs*, 1 *Beas.* 25; *Potts* v. *N. J. Arms & Ordnance Co.*, 2 *C. E. Gr.* 519.

---

# ANONYMOUS.

### Practice.   Costs.

The plaintiff having been improperly non-suited at the Circuit, the non-suit was set aside and a new trial granted.

PER CUR. The rule as to costs in such cases, and in all others in which a new trial is granted, in consequence of an error or mistake of the judge at the Circuit, is that the costs of the former trial, as well as the costs of the proceedings here on the motion for a new trial, shall abide the event of the suit.